# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JACOB W. GUIMOND, <br> on behalf of Plaintiff and the class members described herein, <br> <br> Plaintiff, <br> <br> v. <br> <br> MINTO DEVELOPMENT CORPORATION; BENHTI ECONOMIC DEVELOPMENT CORPORATION; DOUGLAS WILLIAM ISAACSON; MINTO FINANCIAL d/b/a Minto Money; and JOHN DOES 1-20, <br> <br> Defendants. | Case No. 1:22-cv-00887 <br> <br> Judge Gary Feinerman <br> <br> Magistrate Judge Susan E. Cox |

## NOTICE OF SETTLEMENT

Plaintiff Jacob W. Guimond and Defendants Minto Development Corporation, Benhti Economic Development Corporation, Douglas William Isaacson, and Minto Financial d/b/a Minto Money jointly submit this notice to inform the Court that the parties have resolved this matter on an individual basis and expect to file a stipulation of dismissal within the next 45 days. The Parties request that the Court stay all pending deadlines.

Date: March 31, 2022                                Respectfully submitted,

| | |
|---|---|
| By: /s/ *Matthew J. Goldstein* <br>     Matthew J. Goldstein <br>     Tara L. Goodwin <br>     Daniel A. Edelman <br>     EDELMAN COMBS LATTURNER <br>     & GOODWIN, LLC <br>     20 S. Clark St., Suite 1500 <br>     Chicago, IL 60603 <br>     (312) 739-4200 <br>     mgoldstein@edcombs.com <br>     courtecl@edcombs.com <br>     *Counsel for Plaintiff* | By: /s/ *Sarah A. Zielinski* <br>     David L. Hartsell <br>     Sarah A. Zielinski <br>     McGuireWoods LLP <br>     77 West Wacker Drive, Suite 4100 <br>     Chicago, Illinois 60601-1815 <br>     dhartsell@mcguirewoods.com <br>     szielinski@mcguirewoods.com <br>     Telephone: 312.849.8100 <br>     Fax: 312.849.3690 <br> <br>     *Counsel for Defendants* |