**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JACOB W. GUIMOND, on behalf of Plaintiff and the class members described herein, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:22-cv-00887 |
| v. | ) ) | Judge Gary Feinerman |
| MINTO DEVELOPMENT CORPORATION; BENHTI ECONOMIC DEVELOPMENT CORPORATION; DOUGLAS WILLIAM ISAACSON; MINTO FINANCIAL d/b/a Minto Money; and JOHN DOES 1-20, | ) ) ) ) ) ) ) | Magistrate Judge Susan E. Cox |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff, Jacob W. Guimond, and Defendants Minto Development Corporation, Benhti Economic Development Corporation, Douglas William Isaacson, and Minto Financial d/b/a Minto Money (collectively, "Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without prejudice as to the claims of the putative class, with each party to bear their own costs.

Respectfully submitted,

DATED: April 22, 2022

/s/ Matthew J. Goldstein
Matthew J. Goldstein
Tara L. Goodwin
Daniel A. Edelman
EDELMAN COMBS LATTURNER
 & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603
(312) 739-4200
courtecl@edcombs.com
*Counsel for Plaintiff*

/s/ Sarah Zielinski
David Luther Hartsell
Sarah Ann Zielinski
McGuire Woods LLP
77 West Wacker Dr., Suite 4100
Chicago, IL 60601
(312) 849-8288
dhartsell@mcguirewoods.com
szielinski@mcguirewoods.com
*Counsel for Defendants*

1

## **CERTIFICATE OF SERVICE**

      I, Matthew J. Goldstein, hereby certify that on Friday, April 22, 2022, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which sent notice via email to all counsel of record.

                                          */s/ Matthew J. Goldstein*
                                           Matthew J. Goldstein

Daniel A. Edelman (ARDC 0712094)
Tara L. Goodwin (ARDC 6297473)
Matthew J. Goldstein (ARDC 6339033)
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com